**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| E.W., *a minor, by her parent and natural Guardian, M.B.*, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:25-cv-2904 |
| | : | |
| WILSON SCHOOL DISTRICT, | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this 17th day of February, 2026, upon consideration of the Defendant's Motion for Summary Judgment, *see* ECF No. 11, the Plaintiff's Motion for Judgment on the Administrative Record, *see* ECF No. 14,  and for the reasons stated in the Opinion issued this date,  **IT IS ORDERED THAT:**

1.      The Defendant's Motion for Summary Judgment, ECF No. 11, is **GRANTED**.

2.      The Plaintiff's Motion for Judgment on the Administrative Record, ECF No. 14, is **DENIED**.

3.      The decision of the Pennsylvania Special Education Hearing Officer is **AFFIRMED**.

4.      Judgment is **ENTERED** in favor of Defendant and against Plaintiff on all claims.

5.      The final pretrial conference on February 17, 2026, and the trial on February 23, 2026, are **CANCELLED**.

6.      The Clerk of Court is directed to **CLOSE** the above-captioned case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge